### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID KELLEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 13-CV-470-JED-PJC ) ) |
| JOE COOPER FORD OF TULSA, LLC, | ) ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff, David Kelley, and Defendant Joe Cooper Ford of Tulsa, LLC, and jointly stipulate to the dismissal of all claims and causes of action which could have been brought by David Kelley in the above-styled and numbered case, with prejudice, each party to bear their own attorneys fees and costs.

Dated this 20th day of October 2014.

Respectfully submitted,

/s/ Daniel E. Smolen
Daniel E. Smolen, OBA# 19943
Lauren G. Lambright, OBA# 22300
**SMOLEN, SMOLEN & ROYTMAN, PLLC**
701 S. Cincinnati
Tulsa, OK  74103
Telephone:  (918) 585-2667
Facsimile:  (918) 585-2669
**ATTORNEYS FOR PLAINTIFF**

  /s/ Kathryn D. Terry
(signed and filed with permission)
Kathryn D. Terry, OBA #17151
**PHILLIPS MURRAH P.C.**
Corporate Tower – 13th Floor
101 N. Robinson
Oklahoma City, Oklahoma  73102
Telephone:  (405) 235-4100
Facsimile:  (405) 235-4133
Email:  kdterry@phillipsmurrah.com
**ATTORNEY FOR DEFENDANT**